

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

EDUARDO BELLAS JR, §            No. 08-21-00213-CV

      Appellant, §            Appeal from the

v. §            143rd District Court

VAQUERO PERMIAN GATHERING §            of Ward County, Texas
LLC,
§            (TC# 19-05-25029-CVW)

      Appellee. §

### **O RDER**

On January 7, 2022, this Court issued an order for mediation referral.  The order required the parties to confer and attempt to agree upon a qualified mediator within twenty days of the date of the order and notify the Court of the mediator's name and contact information.  On January 27, 2022, the appellee informed this Court the parties failed to agree on a qualified mediator.  On that same day, the appellant filed a motion to extend time to choose a mediator.  The Court DENIES the motion to extend time to choose a mediator.

Therefore, the Court ORDERS the appeal to continue. The suspension of the appellate timetable is lifted and the Reporter's Record shall be filed in this Court on or before April 7, 2022.

IT IS SO ORDERED this 8th day of March, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.